FILED
CLERK, U.S. DISTRICT COURT

07/18/16

CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ARREDONDO, | Case No. CV 15-01927-RAO |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: July 18, 2016

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE